The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-120JLR |
| Plaintiff, | **NOTICE OF RELATED CASE** |
| v. | |
| CRISTOBAL MONTOYA-MARQUEZ, and | |
| JOSE PENUELAS RODRIGUEZ, | |
| Defendants. | |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Siddharth Velamoor, Assistant United States Attorney for said District, submits the following notice.

The above-captioned cause is directly related to the case of *United States v. Nevarez-Dominguez,* CR16-115RSL, as all the defendant in that case was involved in the same underlying criminal activity as the defendants in this case; indeed, all three defendants were originally charged by the same Complaint in *United States v. Montoya-Marquez, et al.*, MJ16-155.  The case against Mr. Nevarez-Dominguez was charged by Information and assigned to the Honorable Robert S. Lasnik, whereas this case was subsequently charged by Indictment and assigned to the Honorable James L. Robart.  The

1  case assigned to Judge Lasnik already has proceeded to sentencing, and a judgment was

2  entered in the case on July 22, 2016.

3      Because Judge Lasnik is already familiar with Defendant's conduct in the other

4  case and because the conduct giving rise to the charge in this case is similar, the United

5  States believes the cases are "related cases."  The United States did not file a Notice of

6  Related case at the time that this case was filed.  Upon discovering that it had not filed a

7  Notice of Related case, the United States Attorney's Office contacted the Court Deputy to

8  Judge Robart, who advised the United States Attorney's Office to file a Notice of Related

9  case.

10     DATED this 26th day of July, 2016.

11

12                                              Respectfully submitted,

13                                              ANNETTE L. HAYES
14                                              United States Attorney

15

16                                              _s/ Siddharth Velamoor_____
17                                              Siddharth Velamoor
                                                Assistant United States Attorney
18                                              700 Stewart Street, Suite 5220
                                                Seattle, WA 98101-1271
19                                              Telephone:   (206) 553-2618
20                                              Fax:         (206) 553-0755
21                                              E-mail: Siddharth.velamoor@usdoj.gov

22

23

24

25

26

27

28

NOTICE OF RELATED CASE - 2
*Montoya-Marquez et al / CR16-120JLR*

1

CERTIFICATE OF SERVICE

2

I hereby certify that on July 26, 2016, I electronically filed the foregoing with the

3

Clerk of the Court using the CM/ECF system which will send notification of such filing

4

to the attorney(s) of record for the defendant(s).

5

6

*s/Emily Miller*

7

EMILY MILLER

Legal Assistant

8

United States Attorney's Office

9

700 Stewart Street, Suite 5220

Seattle, Washington 98101-1271

10

Phone: (206) 553-2267

11

FAX:    (206) 553-0755

E-mail: emily.miller@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RELATED CASE - 3
*Montoya-Marquez et al* / CR16-120JLR